UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:10-00003(1) |
| | ) | Judge Haynes |
| ANTHONY QUINN WILSON | ) | |

DEFENDANT'S MOTION TO CONTINUE 4/16/13 TRIAL & 4/1/13 CHANGE OF
PLEA HEARING and
PROPOSED AGREED RE-SCHEDULING

[Handwritten annotation: ORDER / The motion is Granted in the interests of justice to allow defense counsel to be prepared for trial. / [signature] / US DJ / 3-25-13]

Comes the Defendant, through counsel, and moves the Court to continue the trial and change of plea dates now set in this matter. The trial is currently set for 4/16/13 (D.E. 39). The change of plea date is currently set for 4/1/13.(D.E. 51)

Counsel for Defendant submits that he was appointed to represent Defendant in the instant matter, replacing prior CJA counsel on 1/25/13. Since that time undersigned counsel has received and reviewed prior counsel's file and discovery, and has met with Defendant twice at the Leitchfield jail facility. A motion to suppress is to be filed in this case, and undersigned counsel will need additional time to complete factual and legal research to this end. Due to this, and counsel's current calendar of other work, undersigned counsel cannot be prepared for the jury trial in this case currently set for 4/16/13.(D.E. 39)

Undersigned counsel has discussed this with AUSA Ingram, **and AUSA Ingram does not have any objection to this motion.**

Additionally, **undersigned counsel and AUSA Ingram have conferred and have jointly agreed to a proposed scheduling order**, which addresses motion filing