United States District Court
For Middle District of Tennessee

recd
9/10/13
9-3-13

United States of America
    Plantiff

Criminal Action No# 1:10-00003
The Hon. Judge Haynes

vs.

Anthony Quinn Wilson
    Defendant

Based upon D/E No 83
motion is DENIED
without prejudice
to renew.

## Motion To Withdraw Guilty Plea

Comes the defendant, pro se, moves this Honorable courts, to withdraw the defendant's guilty plea that he had entered in this case.

1-9-14

## Reason's For Withdrawl

Defendant Anthony Quinn Wilson feel's strongly that Mr. Hershell Koger has not applied himself to his full potential, and has provided him the defendant with ineffective assistance of counsel. Mr. Koger drafted a motion to suppress evidence in this case but failed to address key meritts in this case pertaining to Amendments of the United States Constitution. This type of wrong doing or Malfeasance show negligence in Mr. Koger's action of representation of his professinalism. These key meritt's that never was argued in open court should be brought forth and be