United States District Court
For Middle District of Tennessee

2-6-14

RECEIVED
IN CLERK'S OFFICE

FEB 10 2014

U.S. DISTRICT COURT
MID. DIST. TENN.

SCANNED

United States of America,
    Plantiff

vs.

Anthony Quinn Wilson
    Defendant

Criminal Action
No# 1:10 - 00003

The Hon. Judge Haynes

ORDER
This motion
and the related
motion to withdraw
current counsel
are set for a
hearing
on
February
28, 2014
at 8:00am

[signature]
OBSO
2-11-14

## Motion To Withdraw Guilty Plea

Comes the defendant prose, moves this honorable court, to withdraw defendant's guilty plea that has been entered in his case.

## Reason's For Withdrawl

Defendant feels that his defense counsel has not applied themselves and been truthful in their representation, and has provided him being the defendant with ineffective assistance of counsel. Mr. Koger openly admitted to the defendant when he was questioned by the defendant at the last motion hearing; had he viewed the alledge video footage of the defendant and Mr. Koger stated no, that he never recieved or view the footage. When studying Mr. Koger's Motion to Suppress he never address any meritts

88

pertaining to Rule 403, Exclusion of Relevant Evidence on Grounds of Prejudice, Confusion or Waste of Time. Because of contesting the search and seizure of the evidence involved, prosecution threatened to add to the purposed time that was originally offered, and for excercising my rights to the Amendments of the United States Constitution prosecutors added two more years to the time in the plea agreements. Now that I'm trying to withdraw my plea. I'm being threatened again of being enhanced "851" if I don't acccept the plea deal, I have a letter from my attourney to prove this statement. I had recieved my first plea agreement from Ms. Carol Alpert in 2011, prosecution agree to the low end of my guidelines of 151 months. When I done my own investigation my low end was 100-125 months. I never had a quantity annalysis test done by the TBI lab that should have been assessed and put in as part of my motion for discovery. As you can see all the things that I have brought to your attention, I had to find on my own with a little help my attourney's arent doing anything to assist me.

## Conclusion

Come the defendant pro se, and moves this Honorable Court to withdraw guilty plea for reason's stated in this motion for his attourney has provided him with ineffective assistance of counsel, and help provide with a reasonable plea agreement. Thank you for your time in this matter

Respectfully
Anthony Wilson