United States of America          2-6-14
For Middle District of Tennessee

United States of America
          Plantiff          Criminal Action No #
Anthony Q. Wilson                    1:10 - 00003
          Defendant          The Hon. Judge Haynes

<u>Motion To Withdraw Attorney</u>
     Comes the defendant, Prose, moves this
Honorable Court to Withdraw defendant's Attorney
Hershel Koger from his case for Mr. Koger has
provided his client with ineffective assistance of
counsel.

RECEIVED
IN CLERK'S OFFICE
FEB 10 2014
U.S. DISTRICT COUR
MID. DIST. TENN.

<u>Statement of Relevant Facts</u>
     Upon Mr. Kogers representation, Mr. Koger
filed a Motion to Suppress in defense of his client.
Mr. Koger failed to address meritts in the
case "Rule 403" Exclusion of Relevant evidence
on grounds of Predjudice, confusion or Waste
of Time. The hearing happened in 2013 June.
The defendant noticed that Mr. Koger noted the
merits pursuant of Rule 403 but never addressed
or attempted to address any wrecklessness
in the officers investigation. Also at the
last motion hearing that was held in your
court, Mr. Koger openly admitted when his
client ask, did he view the alledge video

*(margin handwritten note:)* ORDER For reasons stated in open court, This motion is DENIED. [signature] WJH 3-10-14

Case 1:10-cr-00003  Document 89  Filed 02/10/14  Page 1 of 3 PageID #: 294